UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Newark Vicinage

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ 07424
(973)200-0988
Attorney for Debtors

Order Filed on July 28, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**MARK H. CHO**
**HELEN CHO**

Debtors

Case No.: 24-16679-JKS

Chapter 13

Hearing Date: July 25, 2024 @ 10 a.m.

Judge: John K. Sherwood

## ORDER EXTENDING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 28, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtors:  Mark H. Cho and Helen Cho

Case No.: 24-16679-JKS

Caption of Order: **ORDER EXTENDING AUTOMATIC STAY**

___

THIS MATTER having come before the Court on the Debtors' Motion to extend the automatic stay [ECF No. 5]; and the Court having considered the motion; and no opposition to the motion having been filed; and good and sufficient cause appearing therefrom for the entry of this order, it is hereby:

**IT IS ORDERED AND ADJUDGED THAT:**

1. The automatic stay in this matter is hereby extended and will be in full force and effect as to all creditors and property of the Debtors until: (i) this case is closed and/or dismissed or converted to a different chapter of the Bankruptcy Code; or (ii) the Court issues an order stating otherwise.