UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Newark Vicinage

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ 07424
(973)200-0988
Attorney for Debtors

Order Filed on July 28, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**MARK H. CHO**
**HELEN CHO**

Debtors

Case No.: 24-16679-JKS

Chapter 13

Hearing Date: July 25, 2024 @ 10 a.m.

Judge: John K. Sherwood

## ORDER EXTENDING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 28, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtors: Mark H. Cho and Helen Cho

Case No.: 24-16679-JKS

Caption of Order: **ORDER EXTENDING AUTOMATIC STAY**

_____

    THIS MATTER having come before the Court on the Debtors' Motion to extend the automatic stay [ECF No. 5]; and the Court having considered the motion; and no opposition to the motion having been filed; and good and sufficient cause appearing therefrom for the entry of this order, it is hereby:

    **IT IS ORDERED AND ADJUDGED THAT:**

1. The automatic stay in this matter is hereby extended and will be in full force and effect as to all creditors and property of the Debtors until: (i) this case is closed and/or dismissed or converted to a different chapter of the Bankruptcy Code; or (ii) the Court issues an order stating otherwise.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-16679-JKS |
| Mark H. Cho | Chapter 13 |
| Helen Cho | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 29, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark H. Cho, Helen Cho, 363 Vesta Court, Ridgewood, NJ 07450-2617 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2024         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Debtor Mark H. Cho ralphferrojr@msn.com |
| Ralph A Ferro, Jr | on behalf of Joint Debtor Helen Cho ralphferrojr@msn.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Jul 29, 2024 | Form ID: pdf903 | Total Noticed: 1 |

TOTAL: 5