Certificate Number: 20476-NJ-DE-038760309

Bankruptcy Case Number: 24-16679



20476-NJ-DE-038760309

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 12, 2024, at 1:04 o'clock PM EDT, Mark H Cho completed a course on personal financial management given by internet by Marie-Ann Greenberg, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  August 12, 2024

By:  /s/Scott E Kehiaian

Name:  Scott E Kehiaian

Title:  TEN Representative