Form 186 − ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−16679−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark H. Cho
363 Vesta Court
Ridgewood, NJ 07450

Helen Cho
363 Vesta Court
Ridgewood, NJ 07450

Social Security No.:
  xxx−xx−8024                                              xxx−xx−1517

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 7/2/24 and a confirmation hearing on such Plan has been scheduled for 9/12/24.

The debtor filed a Modified Plan on 8/15/24 and a confirmation hearing on the Modified Plan is scheduled for 09/26/2024. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: August 26, 2024
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-16679-JKS
Mark H. Cho  Chapter 13
Helen Cho
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Aug 26, 2024      Form ID: 186      Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark H. Cho, Helen Cho, 363 Vesta Court, Ridgewood, NJ 07450-2617 |
| 520320548 | + | Andrew Sklar, Esq., 20 Brace Road, Suite 205, Cherry Hill, NJ 08034-2634 |
| 520320550 | + | Arnel Mgmt Company, 949 S Coast Drive, Suite 600, Costa Mesa, CA 92626-7734 |
| 520320553 | + | Barclays Bank, 745 7th Avenue, New York, NY 10019-6801 |
| 520339305 | + | JAY WINSTON, Winston & Winston P.C., 670 White Plains Road - Penthouse-Suite, SCARSDALE, NY 10583-5025 |
| 520320566 | + | Lyons, Doughty & Veldhuis, 5 Green Tree Center, 525 Rt 73 North, Suite 400, Box 987, Marlton, NJ 08053-3422 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 26 2024 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 26 2024 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520320546 | + | Email/Text: bankruptcy@acacceptance.com | Aug 26 2024 20:31:00 | American Credit Acceptance, 961 E Main Street, Spartanburg, SC 29302-2149 |
| 520320547 | + | Email/PDF: bncnotices@becket-lee.com | Aug 26 2024 20:43:27 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 520360547 | | Email/PDF: bncnotices@becket-lee.com | Aug 26 2024 20:42:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520320549 | ^ | MEBN | Aug 26 2024 20:49:13 | Apothaker Scian, P.C., 520 Fellowship Road, Suite C-306, Box 5496, Mount Laurel, NJ 08054-3410 |
| 520320551 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2024 20:40:22 | Ashley Funding Services, c/o Resurgent Capital Services, BOx 10587, Greenville, SC 29603-0587 |
| 520320552 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 26 2024 20:31:00 | Bank of America, NA, 100 North Tryon Street, Charlotte, NC 28202-2135 |
| 520320554 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2024 20:40:51 | Bloomingdale's CItibank, Box 8218, Mason, OH 45040-8218 |
| 520320555 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 26 2024 20:43:13 | Capital One Bank, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 520320556 | + | Email/Text: bankruptcy@cavps.com | Aug 26 2024 20:31:00 | Cavalry Portfolio Serv., 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 520322848 | + | Email/Text: bankruptcy@cavps.com | Aug 26 2024 20:31:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520320557 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2024 20:42:22 | CitiBank, NA, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 520320558 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2024 20:43:19 | Citibank/The Home Depot, Box 790034, Saint Louis, MO 63179-0034 |
| 520320559 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2024 20:40:56 | DSNB/Bloomingdales, Box 8067, Mason, OH 45040 |
| 520320560 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Aug 26 2024 20:31:00 | Enerbank, 650 S Main Street, Salt Lake City, UT 84101-2843 |
| 520320561 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2024 20:43:19 | Home Depot, Box 6497, Sioux Falls, SD 57117-6497 |
| 520320562 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 26 2024 20:31:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 520320563 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 26 2024 20:40:26 | JPMCB Card, Box 15298, Wilmington, DE 19850 |
| 520341564 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 26 2024 20:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520320564 | ^ | MEBN | Aug 26 2024 20:49:46 | KML Law Group, P.C., 701 Market Street, #5000, Philadelphia, PA 19106-1541 |
| 520337194 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2024 20:42:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520320565 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2024 20:42:05 | LVNV Funding, LLC, c/o Resurgent Capital Services, LP, 55 Beattie Place #110, Greenville, SC 29601-5115 |
| 520320566 | ^ | MEBN | Aug 26 2024 20:50:20 | Lyons, Doughty & Veldhuis, 5 Green Tree Center, 525 Rt 73 North, Suite 400, Box 987, Marlton, NJ 08053-3422 |
| 520320567 | + | Email/Text: bnc@nordstrom.com | Aug 26 2024 20:31:27 | Nordstrom/TD, 13531 E Caley Avenue, Englewood, CO 80111-6505 |
| 520344245 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2024 20:40:12 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520320568 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2024 20:40:21 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 520320569 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2024 20:43:25 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 520320570 | + | Email/Text: bnc-quantum@quantum3group.com | Aug 26 2024 20:31:00 | Quantum 3 Group, LLC, Box 788, Kirkland, WA 98083-0788 |
| 520324513 | | Email/Text: bnc-quantum@quantum3group.com | Aug 26 2024 20:31:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520320571 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 26 2024 20:31:00 | Quicken Loans, 1050 Woodward Drive, Detroit, MI 48226-3573 |
| 520320572 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 26 2024 20:31:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 520353215 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 26 2024 20:31:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 520320573 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 26 2024 20:30:00 | State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 520320574 | ^ | MEBN | Aug 26 2024 20:49:56 | Telecom, Box 4500, Allen, TX 75013-1311 |
| 520329143 | + | Email/Text: RASEBN@raslg.com | Aug 26 2024 20:30:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520320575 | + | Email/Text: bkelectronicnotices@usaa.com | Aug 26 2024 20:30:00 | USAA Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 26, 2024 | Form ID: 186 | Total Noticed: 44 |

| 520369223 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 26 2024 20:43:22 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
|---|---|---|---|---|
| 520320576 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 26 2024 20:40:25 | Wells Fargo Card Service, Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 39

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520360548 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520360549 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520343468 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2024               Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Debtor Mark H. Cho ralphferrojr@msn.com |
| Ralph A Ferro, Jr | on behalf of Joint Debtor Helen Cho ralphferrojr@msn.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5