UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor(s)



Order Filed on October 28, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

**In Re:**
   Mark H. Cho
   Helen Cho

**Debtor(s)**
_____

Case No.:  24-16679 (JKS)

Hearing Date: 10/24/24@10 a.m.

Judge:  John K. Sherwood

Chapter:   13

## ORDER GRANTING ALLOWANCES FOR CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 28, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work performed for Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$11,395.00** for services rendered and expenses in the amount of **$426.28** for a total of **$11,821.28.** The allowance shall be payable:

**X**   through the Chapter 13 Plan as an administrative priority.

- $11,821.28 less retainer of $5,000.00 equals: $6,821.28 (amount to be paid through the Plan).

**X**   Chapter 13 Plan Payments will not change.
   Current Plan payments are:
   1  Payment of $4,500.00
   59  Payments of $5,300.00
      for a total of 60 months.

2