RALPH A. FERRO, JR., ESQ.
66 EAST MAIN STREET - 3RD FLOOR
LITTLE FALLS, NJ  07424

Re: MARK H. CHO
HELEN CHO
363 VESTA COURT
RIDGEWOOD, NJ  07450

Atty: RALPH A. FERRO, JR., ESQ.
66 EAST MAIN STREET - 3RD FLOOR
LITTLE FALLS, NJ  07424

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
#### Chapter 13 Case # 24-16679

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $317,200.00**

## RECEIPTS AS OF 01/01/2025    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/20/2024 | $4,500.00 |  | 09/12/2024 | $5,300.00 |  |
| 10/10/2024 | $4,500.00 |  | 11/13/2024 | $5,300.00 |  |
| 12/19/2024 | $5,300.00 |  |  |  |  |

**Total Receipts: $24,900.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $24,900.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ROCKET MORTGAGE LLC | 10/21/2024 | $6,718.72 | 934,524 | 11/18/2024 | $4,982.00 | 936,014 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 1,396.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 6,821.28 | 100.00% | 6,821.28 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN CREDIT ACCEPTANCE | UNSECURED | 10,000.00 | * | 0.00 |  |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 21,590.04 | * | 0.00 |  |
| 0005 | ARNEL MGMT COMPANY | UNSECURED | 0.00 | * | 0.00 |  |
| 0006 | ASHLEY FUNDING SERVICES | UNSECURED | 0.00 | * | 0.00 |  |
| 0007 | BANK OF AMERICA | UNSECURED | 729.45 | * | 0.00 |  |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,203.44 | * | 0.00 |  |
| 0009 | BLOOMINGDALE'S CITIBANK | UNSECURED | 0.00 | * | 0.00 |  |
| 0010 | CAPITAL ONE BANK | UNSECURED | 0.00 | * | 0.00 |  |
| 0011 | CAVALRY SPV I LLC | UNSECURED | 10,871.80 | * | 0.00 |  |
| 0012 | LVNV FUNDING LLC | UNSECURED | 7,549.68 | * | 0.00 |  |
| 0013 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 |  |

**Chapter 13 Case # 24-16679**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0014 | DSNB/BLOOMINGDALES | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | ENERBANK | UNSECURED | 12,496.41 | * | 0.00 | |
| 0017 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0018 | JPMORGAN CHASE BANK NA | UNSECURED | 8,433.81 | * | 0.00 | |
| 0020 | LVNV FUNDING, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | NORDSTROM/TD | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,922.88 | * | 0.00 | |
| 0024 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,828.06 | * | 0.00 | |
| 0025 | QUANTUM3 GROUP LLC | UNSECURED | 4,651.83 | * | 0.00 | |
| 0027 | ROCKET MORTGAGE LLC | (NEW) Prepetition A | 260,828.83 | 100.00% | 16,682.72 | |
| 0028 | STATE OF NJ | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0029 | TELECOM | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | USAA SAVINGS BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | WELLS FARGO CARD SERVICES | UNSECURED | 6,495.69 | * | 0.00 | |
| 0035 | JPMORGAN CHASE BANK NA | UNSECURED | 4,918.41 | * | 0.00 | |
| 0036 | USAA FEDERAL SAVINGS BANK | UNSECURED | 1,900.40 | * | 0.00 | |
| 0037 | LVNV FUNDING LLC | UNSECURED | 3,706.35 | * | 0.00 | |
| 0038 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 10,068.00 | * | 0.00 | |
| 0039 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 4,643.32 | * | 0.00 | |
| 0040 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 373.22 | * | 0.00 | |
| 0041 | BANK OF AMERICA | UNSECURED | 599.97 | * | 0.00 | |

**Total Paid:  $24,900.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $24,900.00    -    Paid to Claims: $16,682.72    -    Admin Costs Paid: $8,217.28    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.