UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor(s)

Order Filed on April 9, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

**In Re:**
   Mark H. Cho
   Helen Cho




**Debtor(s)**
_____

Case No.:  24-16679 (JKS)




Judge:  John K. Sherwood

Chapter:    13

## ORDER GRANTING ALLOWANCES FOR CHAPTER 13 FEES

The relief set forth on the follo[wing pages]
   DATED: April 9, 2025

_____
Honorable John K. Sherwood
United States Bankruptcy Court

1

The applicant having certified that legal work performed for Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$975.00** for services rendered and expenses in the amount of **$13.21** for a total of **$988.21.** The allowance shall be payable:

 **X** through the Chapter 13 Plan as an administrative priority.

 **X** Chapter 13 Plan Payments will not change.
   Current Plan payments are $5,300.00.