| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Rocket Mortgage, LLC | |
| In Re:<br><br>Mark H. Cho & Helen Cho,<br><br>Debtors. | Case No.:  24-16679-JKS<br><br>Chapter:  13<br><br>Hearing Date:  06/26/2025<br><br>Judge:  Sherwood |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 363 Vista Court, Ridgewood, NJ (Docket # 43)

Date: 6/18/2025                                          /s/ Denise Carlon
                                                          Signature

*rev.8/1/15*