Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−16679−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark H. Cho                                         Helen Cho
   363 Vesta Court                                     363 Vesta Court
   Ridgewood, NJ 07450                                 Ridgewood, NJ 07450

Social Security No.:
   xxx−xx−8024                                         xxx−xx−1517

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:        10/9/25
Time:        10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Ralph A Ferro Jr, Debtor's Attorney

COMMISSION OR FEES
$3,735.00

EXPENSES
$19.06

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 15, 2025
JAN:

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-16679-JKS |
| Mark H. Cho | Chapter 13 |
| Helen Cho | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 4
Date Rcvd: Sep 15, 2025  Form ID: 137  Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark H. Cho, Helen Cho, 363 Vesta Court, Ridgewood, NJ 07450-2617 |
| 520320548 | + | Andrew Sklar, Esq., 20 Brace Road, Suite 205, Cherry Hill, NJ 08034-2634 |
| 520320550 | + | Arnel Mgmt Company, 949 S Coast Drive, Suite 600, Costa Mesa, CA 92626-7734 |
| 520339305 | + | JAY WINSTON, Winston & Winston P.C., 670 White Plains Road - Penthouse-Suite, SCARSDALE, NY 10583-5025 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 15 2025 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 15 2025 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520320546 | + | Email/Text: bankruptcy@acacceptance.com | Sep 15 2025 20:53:00 | American Credit Acceptance, 961 E Main Street, Spartanburg, SC 29302-2149 |
| 520320547 | + | Email/PDF: bncnotices@becket-lee.com | Sep 15 2025 21:07:05 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 520360547 | | Email/PDF: bncnotices@becket-lee.com | Sep 15 2025 21:08:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520320549 | ^ | MEBN | Sep 15 2025 20:49:40 | Apothaker Scian, P.C., 520 Fellowship Road, Suite C-306, Box 5496, Mount Laurel, NJ 08054-3410 |
| 520320551 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2025 21:08:11 | Ashley Funding Services, c/o Resurgent Capital Services, BOx 10587, Greenville, SC 29603-0587 |
| 520384684 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 15 2025 20:52:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520320552 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 15 2025 20:53:00 | Bank of America, NA, 100 North Tryon Street, Charlotte, NC 28202-2135 |
| 520320553 | ^ | MEBN | Sep 15 2025 20:50:30 | Barclays Bank, 745 7th Avenue, New York, NY 10019-6801 |
| 520320554 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2025 21:07:16 | Bloomingdale's CItibank, Box 8218, Mason, OH 45040-8218 |
| 520320555 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2025 21:05:51 | Capital One Bank, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 520320556 | + | Email/Text: bankruptcy@cavps.com | Sep 15 2025 20:53:00 | Cavalry Portfolio Serv., 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |

Case 24-16679-JKS    Doc 49    Filed 09/17/25    Entered 09/18/25 00:15:23    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 15, 2025 | Form ID: 137 | Total Noticed: 46 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520322848 | + | Email/Text: bankruptcy@cavps.com | Sep 15 2025 20:54:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520320557 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2025 21:21:55 | CitiBank, NA, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 520320558 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2025 21:07:16 | Citibank/The Home Depot, Box 790034, Saint Louis, MO 63179-0034 |
| 520320559 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2025 21:06:16 | DSNB/Bloomingdales, Box 8067, Mason, OH 45040 |
| 520320560 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Sep 15 2025 20:53:00 | Enerbank, 650 S Main Street, Salt Lake City, UT 84101-2843 |
| 520320561 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2025 21:07:24 | Home Depot, Box 6497, Sioux Falls, SD 57117-6497 |
| 520320562 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 15 2025 20:53:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 520320563 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 15 2025 21:21:54 | JPMCB Card, Box 15298, Wilmington, DE 19850-5298 |
| 520341564 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 15 2025 20:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520320564 | ^ | MEBN | Sep 15 2025 20:50:03 | KML Law Group, P.C., 701 Market Street, #5000, Philadelphia, PA 19106-1541 |
| 520337194 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2025 21:08:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520320565 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2025 21:21:55 | LVNV Funding, LLC, c/o Resurgent Capital Services, LP, 55 Beattie Place #110, Greenville, SC 29601-5115 |
| 520320566 | + | Email/Text: BKNotice@ldvlaw.com | Sep 15 2025 20:53:00 | Lyons, Doughty & Veldhuis, 5 Green Tree Center, 525 Rt 73 North, Suite 400, Box 987, Marlton, NJ 08053-3422 |
| 520320567 | + | Email/Text: bnc@nordstrom.com | Sep 15 2025 20:53:21 | Nordstrom/TD, 13531 E Caley Avenue, Englewood, CO 80111-6505 |
| 520344245 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2025 21:21:48 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520320568 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2025 21:22:16 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 520320569 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2025 21:08:09 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 520320570 | + | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2025 20:53:00 | Quantum 3 Group, LLC, Box 788, Kirkland, WA 98083-0788 |
| 520324513 | | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2025 20:53:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520320571 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 15 2025 20:54:00 | Quicken Loans, 1050 Woodward Drive, Detroit, MI 48226-3573 |
| 520320572 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 15 2025 20:54:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 520353215 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 15 2025 20:54:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 520320573 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 15 2025 20:52:00 | State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 520320574 | ^ | MEBN | Sep 15 2025 20:50:40 | Telecom, Box 4500, Allen, TX 75013-1311 |

Case 24-16679-JKS    Doc 49    Filed 09/17/25    Entered 09/18/25 00:15:23    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 15, 2025 | Form ID: 137 | Total Noticed: 46 |

| 520329143 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Sep 15 2025 20:52:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520320575 | + | Email/Text: bkelectronicnotices@usaa.com | | |
| | | | Sep 15 2025 20:52:00 | USAA Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 520375289 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Sep 15 2025 21:08:25 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520369223 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | Sep 16 2025 01:30:04 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520320576 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | Sep 15 2025 21:06:11 | Wells Fargo Card Service, Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520360548 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520360549 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520343468 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520384670 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Debtor Mark H. Cho ralphferrojr@msn.com  bknotices@outlook.com |
| Ralph A Ferro, Jr | on behalf of Joint Debtor Helen Cho ralphferrojr@msn.com  bknotices@outlook.com |

District/off: 0312-2     User: admin     Page 4 of 4
Date Rcvd: Sep 15, 2025     Form ID: 137     Total Noticed: 46

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5