**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on October 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor(s)

| | |
|---|---|
| **In Re:** | Case No.:  24-16679 (JKS) |
| Mark H. Cho | |
| Helen Cho | |
| | Judge:  John K. Sherwood |
| | Hearing Date:  10/9/25 10:00 a.m. |
| **Debtor(s)** | |
| | Chapter:    13 |

### ORDER GRANTING ALLOWANCES FOR CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 10, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work performed for Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$3,735.00** for services rendered and expenses in the amount of **$19.06** for a total of **$3,754.06.**  The allowance shall be payable:

    **X**   through the Chapter 13 Plan as an administrative priority.

    **X**   Chapter 13 Plan Payments will change.

        Current Plan payments are $5,300.00.

        Beginning October 1, 2025, Plan payments increase to: $5,391.00.

2