**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
_____
Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor(s)

Order Filed on October 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____
**In Re:**
   Mark H. Cho
   Helen Cho




**Debtor(s)**
_____

Case No.:  24-16679 (JKS)

Judge:  John K. Sherwood

Hearing Date:  10/9/25 10:00 a.m.

Chapter:    13

## ORDER GRANTING ALLOWANCES FOR CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: October 10, 2025

_____
Honorable John K. Sherwood
United States Bankruptcy Court

1

The applicant having certified that legal work performed for Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$3,735.00** for services rendered and expenses in the amount of **$19.06** for a total of **$3,754.06.** The allowance shall be payable:

    **X**  through the Chapter 13 Plan as an administrative priority.

    **X**  Chapter 13 Plan Payments will change.
        Current Plan payments are $5,300.00.
        Beginning October 1, 2025, Plan payments increase to: $5,391.00.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-16679-JKS |
| Mark H. Cho | Chapter 13 |
| Helen Cho | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 10, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Mark H. Cho, Helen Cho, 363 Vesta Court, Ridgewood, NJ 07450-2617 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2025           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Debtor Mark H. Cho ralphferrojr@msn.com  bknotices@outlook.com |
| Ralph A Ferro, Jr | on behalf of Joint Debtor Helen Cho ralphferrojr@msn.com  bknotices@outlook.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Oct 10, 2025 Form ID: pdf903 Total Noticed: 1
TOTAL: 5