| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee<br><br>IN RE:<br>MARK H. CHO<br>HELEN CHO | Case No.: 24-16679<br><br>Adv. No.:<br><br>Hearing Date:  02/26/2026<br><br>Judge:  JKS |

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 01/26/2026, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---
Debtors:
MARK H. CHO
HELEN CHO
363 VESTA COURT
RIDGEWOOD, NJ  07450
Mode of Service:  Regular Mail

---
Attorney for Debtor(s):
RALPH A. FERRO, JR., ESQ.
66 EAST MAIN STREET - 3RD FLOOR
LITTLE FALLS, NJ  07424
Mode of Service:  ECF and/or Regular Mail

---

Dated:  January 26, 2026

By:  /S/  Keith Guarneri
Keith Guarneri