**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

_____

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor(s)

Order Filed on February 4, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **In Re:**<br>    Mark H. Cho<br>    Helen Cho<br><br><br><br>**Debtor(s)** | Case No.:  24-16679 (JKS)<br><br>Judge:  John K. Sherwood<br><br>Chapter:   13 |

## ORDER GRANTING ALLOWANCES FOR CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 4, 2026**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

1

The applicant having certified that legal work performed for Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$985.00** for services rendered and expenses in the amount of **$13.56** for a total of **$998.56.** The allowance shall be payable:

**X** through the Chapter 13 Plan as an administrative priority.

**X** Chapter 13 Plan Payments will change.
    Current Plan payments are $5,391.00.
    Beginning February 1, 2026, Plan payments increase to:
    $5,418.00