Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−16679−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark H. Cho
363 Vesta Court
Ridgewood, NJ 07450

Helen Cho
363 Vesta Court
Ridgewood, NJ 07450

Social Security No.:
   xxx−xx−8024

   xxx−xx−1517

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on March 2, 2026.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 2, 2026
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 24-16679-JKS

Mark H. Cho                                                               Chapter 13

Helen Cho

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                      Page 1 of 4

Date Rcvd: Mar 02, 2026                 Form ID: 148                     Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db/jdb | + Mark H. Cho, Helen Cho, 363 Vesta Court, Ridgewood, NJ 07450-2617 |
| 520320548 | + Andrew Sklar, Esq., 20 Brace Road, Suite 205, Cherry Hill, NJ 08034-2634 |
| 520320550 | + Arnel Mgmt Company, 949 S Coast Drive, Suite 600, Costa Mesa, CA 92626-7734 |
| 520339305 | + JAY WINSTON, Winston & Winston P.C., 670 White Plains Road - Penthouse-Suite, SCARSDALE, NY 10583-5025 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Mar 02 2026 22:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 02 2026 22:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520320546 | + Email/Text: bankruptcy@acacceptance.com | Mar 02 2026 22:08:00 | American Credit Acceptance, 961 E Main Street, Spartanburg, SC 29302-2149 |
| 520320547 | + Email/PDF: bncnotices@becket-lee.com | Mar 02 2026 22:05:45 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 520360547 | Email/PDF: bncnotices@becket-lee.com | Mar 02 2026 22:05:35 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520320549 | ^ MEBN | Mar 02 2026 21:56:30 | Apothaker Scian, P.C., 520 Fellowship Road, Suite C-306, Box 5496, Mount Laurel, NJ 08054-3410 |
| 520320551 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2026 22:05:21 | Ashley Funding Services, c/o Resurgent Capital Services, BOx 10587, Greenville, SC 29603-0587 |
| 520384684 | EDI: BANKAMER | Mar 03 2026 02:33:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520320552 | + EDI: BANKAMER2 | Mar 03 2026 02:33:00 | Bank of America, NA, 100 North Tryon Street, Charlotte, NC 28202-2135 |
| 520320553 | ^ MEBN | Mar 02 2026 21:59:25 | Barclays Bank, 745 7th Avenue, New York, NY 10019-6801 |
| 520320554 | + EDI: CITICORP | Mar 03 2026 02:33:00 | Bloomingdale's CItibank, Box 8218, Mason, OH 45040-8218 |
| 520320555 | + EDI: CAPITALONE.COM | Mar 03 2026 02:33:00 | Capital One Bank, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 520320556 | + Email/Text: bankruptcy@cavps.com | Mar 02 2026 22:09:00 | Cavalry Portfolio Serv., 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |

District/off: 0312-2        User: admin        Page 2 of 4

Date Rcvd: Mar 02, 2026        Form ID: 148        Total Noticed: 46

| 520322848 | + | Email/Text: bankruptcy@cavps.com | Mar 02 2026 22:09:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
|---|---|---|---|---|
| 520320557 | + | EDI: CITICORP | Mar 03 2026 02:33:00 | CitiBank, NA, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 520320558 | + | EDI: CITICORP | Mar 03 2026 02:33:00 | Citibank/The Home Depot, Box 790034, Saint Louis, MO 63179-0034 |
| 520320559 | | EDI: CITICORP | Mar 03 2026 02:33:00 | DSNB/Bloomingdales, Box 8067, Mason, OH 45040 |
| 520320560 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Mar 02 2026 22:08:00 | Enerbank, 650 S Main Street, Salt Lake City, UT 84101-2843 |
| 520320561 | + | EDI: CITICORP | Mar 03 2026 02:33:00 | Home Depot, Box 6497, Sioux Falls, SD 57117-6497 |
| 520320562 | | EDI: IRS.COM | Mar 03 2026 02:33:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 520320563 | + | EDI: JPMORGANCHASE | Mar 03 2026 02:33:00 | JPMCB Card, Box 15298, Wilmington, DE 19850-5298 |
| 520341564 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 02 2026 22:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520320564 | ^ | MEBN | Mar 02 2026 21:57:52 | KML Law Group, P.C., 701 Market Street, #5000, Philadelphia, PA 19106-1541 |
| 520337194 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2026 22:05:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520320565 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2026 22:05:21 | LVNV Funding, LLC, c/o Resurgent Capital Services, LP, 55 Beattie Place #110, Greenville, SC 29601-5115 |
| 520320566 | + | Email/Text: BKNotice@ldvlaw.com | Mar 02 2026 22:07:00 | Lyons, Doughty & Veldhuis, 5 Green Tree Center, 525 Rt 73 North, Suite 400, Box 987, Marlton, NJ 08053-3422 |
| 520320567 | + | EDI: TDBANKNORTH.COM | Mar 03 2026 02:33:00 | Nordstrom/TD, 13531 E Caley Avenue, Englewood, CO 80111-6505 |
| 520344245 | | EDI: PRA.COM | Mar 03 2026 02:33:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520320568 | | EDI: PRA.COM | Mar 03 2026 02:33:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 520320569 | | EDI: PRA.COM | Mar 03 2026 02:33:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 520320570 | + | EDI: Q3G.COM | Mar 03 2026 02:33:00 | Quantum 3 Group, LLC, Box 788, Kirkland, WA 98083-0788 |
| 520324513 | | EDI: Q3G.COM | Mar 03 2026 02:33:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520320571 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Mar 02 2026 22:09:00 | Quicken Loans, 1050 Woodward Drive, Detroit, MI 48226-3573 |
| 520320572 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Mar 02 2026 22:09:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 520353215 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Mar 02 2026 22:09:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 520320573 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 02 2026 22:07:00 | State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 520320574 | ^ | MEBN | Mar 02 2026 21:58:31 | Telecom, Box 4500, Allen, TX 75013-1311 |

District/off: 0312-2                              User: admin                                    Page 3 of 4
Date Rcvd: Mar 02, 2026                          Form ID: 148                                    Total Noticed: 46

| 520329143 | + Email/Text: RASEBN@raslg.com | | |
| | | Mar 02 2026 22:07:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520320575 | + Email/Text: bkelectronicnotices@usaa.com | | |
| | | Mar 02 2026 22:06:00 | USAA Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 520375289 | + EDI: AIS.COM | | |
| | | Mar 03 2026 02:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520369223 | EDI: WFCCSBK | | |
| | | Mar 03 2026 02:33:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520320576 | + EDI: WFHOME | | |
| | | Mar 03 2026 02:33:00 | Wells Fargo Card Service, Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520360548 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520360549 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520343468 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520384670 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Debtor Mark H. Cho ralphferrojr@msn.com  bknotices@outlook.com |
| Ralph A Ferro, Jr | on behalf of Joint Debtor Helen Cho ralphferrojr@msn.com  bknotices@outlook.com |

District/off: 0312-2                              User: admin                                      Page 4 of 4
Date Rcvd: Mar 02, 2026                          Form ID: 148                                     Total Noticed: 46

U.S. Trustee

                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5